IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BEARING BROKERS, INC., on behalf of plaintiff and a class, | ) ) ) |
| Plaintiff. | ) |
| v. | ) ) |
| CREDIT MANAGEMENT ASSOCIATION and JOHN DOES 1-10, | ) ) ) |
| Defendants. | ) Case No. 12-cv-09430 |
| CREDIT MANAGEMENT ASSOCIATION | ) ) ) |
| Defendant/Third Party Plaintiff. | ) ) |
| v. | ) ) |
| WESTFAX, INC. | ) ) |
| Third Party Defendant. | ) |

**STIPULATION TO DISMISS THIRD PARTY COMPLAINT AND COUNTER CLAIM**

It is hereby stipulated and agreed by and between Defendant/Third Party Plaintiff Credit Management Association ("CMA") and Third Party Defendant Westfax, Inc. ("Westfax") that both CMA's Third Party Complaint and Westfax's Counter Claim be dismissed with prejudice and without recovery of costs or attorneys' fees, all matters in controversy having been fully settled and compromised. It is further stipulated that neither CMA nor Westfax is, nor will be, asserting any claim for fees against the other.

1543853.1

| | |
|---|---|
| **CREDIT MANAGEMENT ASSOCIATION, Defendant/Third Party Plaintiff** | **WESTFAX, INC., Defendant** |
| By: /s/ Bradley S. Levison<br>One of its attorneys | By: /s/ William B. Hayes<br>One of its attorneys |
| Bradley S. Levison<br>WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP<br>55 W. Monroe, Suite 3800<br>Chicago, IL 60603 | William B. Hayes<br>257 Jackson Street<br>Denver, CO 80206 |

1543853.1

**CERTIFICATE OF SERVICE**

 I certify that on this 17th day of June 2013, service of a true and complete copy of the above and foregoing was served electronically via CM/ECF e-filing upon:

| | |
|---|---|
| Daniel A. Edelman | William B. Hayes |
| Cathleen M. Combs | 257 Jackson Street |
| James O. Latturner | Denver, CO 80206 |
| Heather A. Kolbus | |
| EDELMAN, COMBS, LATTURNER & GOODWIN, LLC | |
| 120 S. LaSalle Street, 18th Floor | |
| Chicago, IL 60603 | |

                        By: /s/ Bradley S. Levison

Michael P. Tone
Kimberly E. Blair
Bradley S. Levison
Alicia A. Garcia
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
55 W. Monroe, Suite 3800
Chicago, IL 60603
(312) 704-0550

1543853.1